CLARK *v.* GEORGIA RAILROAD BANK.

GILBERT, J.  This is not a case of which this court has jurisdiction, under the provisions of art. 6, sec. 2, par. 5, of the constitution (Civil Code (1910), § 6502).  The case is therefore transferred to the Court of Appeals, which court has jurisdiction.

*So ordered.  All the Justices concur.*

No. 7961.  NOVEMBER 13, 1930.

*Fleming & Fleming,* for plaintiff.
*Cumming & Harper,* for defendant.